# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RAY WASHINGTON, : | |
| Inmate No. 363389, : | |
|     Plaintiff, : | CIVIL ACTION NO. |
| : | 1:14-CV-1927-TWT-JSA |
| v. : | |
| : | |
| UNNAMED DEFENDANT, : | |
|     Defendant. : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On July 31, 2014, this Court instructed Plaintiff that if he needs to clarify whether he intends to pursue a civil action in this Court and if so, he must submit the filing fee or a request to proceed *in forma pauperis*. (Doc. 2). On August 8, 2014, Plaintiff clarified that he wants to file a civil rights action in this Court, but submitted a request to the Court for a sixty-day extension to comply with the Court's instructions. (Doc. 3). On September 11, 2014, this Court granted Plaintiff's request, providing him with an additional thirty (30) days from the date of that Order, or until October 11, 2014, which was over sixty (60) days from the date he filed his request. (Doc. 4). As of October 21, 2014, Plaintiff still has not complied with this Court's instructions.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE,** pursuant to LR 41.3(A)(2), NDGa, due to Plaintiff's failure to comply with a lawful order of the Court. *See also Heard v. Nix*, 170 F. App'x 618, 619 (11th Cir. 2006) (affirming dismissal under Rule 41.3 and Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned magistrate judge.

**IT IS SO RECOMMENDED** this 21st day of October, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)