IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL RAY WASHINGTON,

   Plaintiff,

    v.

UNNAMED DEFENDANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1927-TWT

**ORDER**

This is a pro se prisoner mandamus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 1 day of December, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Washington\r&r.wpd